David J. Burman (admitted *pro hac vice*)
DBurman@perkinscoie.com
Cori G. Moore (admitted *pro hac vice*)
CGMoore@perkinscoie.com
Troy P. Sauro, Bar No. 224097
TSauro@perkinscoie.com
Noah G. Purcell (admitted *pro hac vice*)
NPurcell@perkinscoie.com
PERKINS COIE LLP
4 Embarcadero Center, Suite 2400
San Francisco, CA 94111
Telephone:  415.344.7000
Facsimile:  415.344.7302

Attorneys for Plaintiff
Costco Wholesale Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No. 3:11-00058-SI | Master File No. M:07-1827 SI<br><br>MDL No. 1827 |
| COSTCO WHOLESALE CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>AU OPTRONICS CORPORATION; et al.,<br><br>    Defendants. | Individual Case No.: 3:11-cv-00058-SI<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND SCHEDULING<br><br>**Clerk's Action Required** |

## I. STIPULATION

WHEREAS, plaintiff Costco Wholesale Corporation ("Costco") filed the above-captioned lawsuit on November 30, 2010;

WHEREAS, the Clerk of the United States Judicial Panel on Multidistrict Litigation issued a Conditional Transfer Order (CTI-10) transferring this lawsuit under 28 U.S.C. § 1407 to

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND
SCHEDULING – 3:11-cv-00058 (Master File No. 07-md-1827)
-1-

the Northern District of California, subject to the consent of that court, assigned to the Honorable Susan Yvonne Illston.

WHEREAS, Costco wishes to avoid the burden and expense of serving process on the Stipulating Defendants;

WHEREAS, the Stipulating Defendants desire a reasonable amount of time to respond to Costco's Complaint;

WHEREAS, Costco and the Stipulating Defendants believe that proceeding on a unified response date will create efficiency for the Court and the parties by reducing duplicative motion practice;

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, Costco, on the one hand, and defendants AU Optronics Corporation; AU Optronics Corporation America; Chi Mei Corp.; Chi Mei Optoelectronics Corporation; Chi Mei Optoelectronics, USA, Inc.; CMO Japan Co., Ltd.; Epson Electronics America, Inc.; Epson Imaging Devices Corporation; HannStar Display Corporation; Hitachi, Ltd.; Hitachi Display, Ltd.; Hitachi Electronic Devices (USA), Inc.; LG Display Co., Ltd.; LG Display America, Inc.; Nexgen Mediatech USA, Inc.; Nexgen Mediatech, Inc.; Samsung Electronics Company; Samsung Electronics America, Inc.; Samsung Semiconductor, Inc.; Sharp Corporation; Sharp Electronics Corporation; Tatung Company of America, Inc.; Toshiba Corporation; Toshiba America Electronic Components, Inc.; Toshiba America Information Systems, Inc.; and Toshiba Mobile Display Co., Ltd. (collectively, "Stipulating Defendants") on the other hand, as follows:

1. Stipulating Defendants waive service of Costco's Complaint under Federal Rule of Civil Procedure 4(d).

2.	Stipulating Defendants will have ninety (90) days following the execution of this stipulation, to move against, answer or otherwise respond to Costco's Complaint. In computing this time period, Rule 6 of the Federal Rules of Civil Procedure shall govern.

3.	Costco and Stipulating Defendants agree to the following briefing schedule for any motion or motions to dismiss Costco's Complaint (the "Motions") and agree to file all motions or proposed orders as necessary to implement the agreed-upon schedule. To the extent the Court does not accept all or any part of the proposed schedule, Costco and Stipulating Defendants agree to work in good faith to establish a briefing schedule for the Motions acceptable to all parties and the Court to replace that set forth below:

	a.	Costco will have forty-five (45) days from the date that defendants move, answer or otherwise respond to Costco's complaint to file any response(s) to the Motions.

	b.	Stipulating Defendants will have twenty-one (21) days from the date that Costco files any response(s) to the Motions to file any reply brief(s) to the Motions.

	c.	The hearing on the Motions will be noticed for a date that is within at least ten (10) days following the date for filing of any reply brief(s) to the Motions.

4.	Except as set forth above, all Local Rules shall remain in effect with respect to the briefing on the Motions. Entering into this stipulation does not effect a waiver of any defense under Federal Rule of Civil Procedure 12. This stipulation does not constitute a waiver of any challenge to personal jurisdiction by any Defendant.

IT IS SO STIPULATED:

DATED this 23rd day of February, 2011.

```
                    PERKINS COIE LLP


                    By:   /s/ Troy Sauro
                         Troy Sauro

                         Troy Sauro (CA SBN 224097)
                         Four Embarcadero Center
                         Suite 2400
                         San Francisco, CA  94111-4131
                         Tel:  (415) 344-7000
                         Fax:  (415) 344-7050
                         tsauro@perkinscoie.com

                         David J. Burman (pro hac vice)
                         Cori Gordon Moore (pro hac vice)
                         1201 Third Avenue, 40th Floor
                         Seattle, WA  98101
                         Tel:  (206) 359-8000
                         Fax:  (206) 359-9000
                         dburman@perkinscoie.com
                         cgmoore@perkinscoie.com

                         Attorneys for Plaintiff Costco Wholesale
                         Corporation

                  Attorneys for Plaintiff Costco Wholesale Corporation

                    NOSSAMAN LLP


                    By:   /s/ Christopher A. Nedeau
                         Christopher A. Nedeau

                         Christopher A. Nedeau (CA SBN 81297)
                         Carl L. Blumenstein (CA SBN 124158)
                         Allison M. Dibley (CA SBN 213104)
                         50 California Street, 34th Floor
                         San Francisco, CA  94111
                         Tel:  (415) 398-3600
                         Fax:  (415) 398-2438
                         cnedeau@nossaman.com
                         cblumenstein@nossaman.com
                         adibley@nossaman.com


                  Attorneys for Defendants AU Optronics Corporation
                  and AU Optronics Corporation America
```

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND
SCHEDULING – 3:11-cv-00058 (Master File No. 07-md-1827)
-4-

29040-0244/LEGAL20269499.1

| | |
|---|---|
| 1 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 2 | |
| 3 | By: /s/ Nathan L. Walker |
| | Nathan L. Walker |
| 4 | |
| 5 | Nathan L. Walker (CA SBN 206128) |
| | 950 Page Mill Road |
| | Palo Alto, CA 94304 |
| 6 | Tel: (650) 858-6000 |
| | Fax: (650) 858-6100 |
| 7 | nathan.walker@wilmerhale.com |
| 8 | Steven F. Cherry (*pro hac vice*) |
| | Adam M. Raviv (*pro hac vice*) |
| 9 | 1875 Pennsylvania Avenue, NW |
| | Washington, DC 20006 |
| 10 | Tel: (202) 663-6000 |
| | Fax: (202) 663-6363 |
| 11 | steven.cherry@wilmerhale.com |
| | adam.raviv@wilmerhale.com |
| 12 | |
| 13 | *Attorneys for Chi Mei Corporation, Chimei Innolux Corporation f/k/a Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics, USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech USA, Inc., and Nexgen Mediatech, Inc.* |
| 14 | |
| 15 | |
| 16 | MORRISON & FOERSTER LLP |
| 17 | By: /s/ Stephen P. Freccero |
| | Stephen P. Freccero |
| 18 | |
| 19 | Melvin R. Goldman (CA SBN 34097) |
| | Stephen P. Freccero (CA SBN 131093) |
| | Derek F. Foran (CA SBN 224569) |
| 20 | 425 Market Street |
| | San Francisco, CA 94105 |
| 21 | Tel.: (415) 268-7000 |
| | Fax: (415) 268-7522 |
| 22 | mgoldman@mofo.com |
| | sfreccero@mofo.com |
| 23 | dforan@mofo.com |
| 24 | *Attorneys for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.* |
| 25 | |
| 26 | |
| 27 | |

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND
SCHEDULING – 3:11-cv-00058 (Master File No. 07-md-1827)

-5-

29040-0244/LEGAL20269499.1

| | |
|---|---|
| 1 | K&L GATES LLP |
| 2 | |
| 3 | By:  /s/ Ramona M. Emerson<br>     Ramona M. Emerson |
| 4 | Hugh F. Bangasser (*pro hac vice*) |
|   | Ramona M. Emerson (*pro hac vice*) |
| 5 | Christopher Wyant (*pro hac vice*) |
|   | 925 Fourth Avenue, Suite 2900 |
| 6 | Seattle, WA  98104 |
|   | Tel.:  (206) 623-7580 |
| 7 | Fax:  (206) 623-7022 |
|   | hugh.bangasser@klgates.com |
| 8 | ramona.emerson@klgates.com |
|   | chris.wyant@klgates.com |
| 9 | |
|   | Jeffrey L. Bornstein (CA SBN 99358) |
| 10 | Four Embarcadero Center, Suite 1200 |
|   | San Francisco, CA  94111-5994 |
| 11 | Tel.:  (415) 882-8040 |
|   | Fax:  (415) 882-8220 |
| 12 | |
|   | *Attorneys for Defendant HannStar Display* |
| 13 | *Corporation* |
| 14 | MORGAN, LEWIS & BOCKIUS LLP |
| 15 | |
|   | By:  /s/ Kent M. Roger |
| 16 |      Kent M. Roger |
| 17 | Kent M. Roger (CA SBN 95987) |
|   | One Market |
| 18 | Spear Street Tower |
|   | San Francisco, CA  94105 |
| 19 | Tel.:  (415) 442-1000 |
|   | Fax:  (415) 442-1001 |
| 20 | kroger@morganlewis.com |
| 21 | *Attorneys for Defendants Hitachi Electronic Devices* |
|   | *(USA), Inc., Hitachi, Ltd., and Hitachi Display, Ltd.* |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND
SCHEDULING – 3:11-cv-00058 (Master File No. 07-md-1827)

29040-0244/LEGAL20269499.1

|    |    |
|----|----|
| 1  | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 2  | |
| 3  | By:  /s/ Jeremy J. Calsyn |
| 4  | Jeremy J. Calsyn |
| 5  | Michael R. Lazerwitz (*pro hac vice*)<br>Jeremy J. Calsyn (CA SBN 205062)<br>Lee F. Berger (CA SBN 222756) |
| 6  | 2000 Pennsylvania Avenue NW<br>Washington, DC 20006 |
| 7  | Tel.:  (202) 974-1500<br>Fax:  (202) 974-1999 |
| 8  | mlazerwitz@cgsh.com<br>jcalsyn@cgsh.com |
| 9  | lberger@cgsh.com |
| 10 | *Attorneys for Defendants LG Display Co., Ltd. and LG Display America, Inc.* |
| 11 | |
| 12 | COVINGTON & BURLING LLP |
| 13 | |
| 14 | By:  /s/ Simon J. Frankel<br>Simon J. Frankel |
| 15 | Simon J. Frankel (CA SBN 171552) |
| 16 | Jeffrey M. Davidson (CA SBN 248620)<br>One Front Street, 35th Floor<br>San Francisco, CA 94111 |
| 17 | Tel.:  (415) 591-6000<br>Fax:  (415) 591-6091 |
| 18 | sfrankel@cov.com<br>jdavidson@cov.com |
| 19 | |
| 20 | *Attorneys for Defendants Samsung Electronics Co., Samsung Semiconductor, Inc., and Samsung Electronics America, Inc.* |

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND
SCHEDULING – 3:11-cv-00058 (Master File No. 07-md-1827)

-7-

29040-0244/LEGAL20269499.1

|   |   |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 2 |   |
| 3 | By: /s/ John M. Grenfell |
|   | John M. Grenfell |
| 4 |   |
| 5 | John M. Grenfell (CA SBN 88500) |
|   | Jacob R. Sorensen (CA SBN 209134) |
| 6 | Fusae Nara (pro hac vice) |
|   | Andrew D. Lanphere (CA SBN 191479) |
| 7 | 50 Fremont Street |
|   | San Francisco, CA 94105 |
|   | Tel.: (415) 983-1000 |
| 8 | Fax: (415) 983-1200 |
|   | john.grenfell@pillsburylaw.com |
| 9 | jake.sorensen@pillsburylaw.com |
|   | fusae.nara@pillsburylaw.com |
| 10 | andrew.lanphere@pillsburylaw.com |

*Attorneys for Defendants Sharp Corporation and Sharp Electronics Corporation*

GIBSON DUNN & CRUTCHER LLP

By: /s/ Rachel S. Brass
Rachel S. Brass

Rachel S. Brass (CA SBN 219301)
Gibson, Dunn & Crutcher LLP
555 Mission Street
San Francisco, CA 94105-2933
Tel: (415) 393-8293
Fax: (415) 374-8429
RBrass@gibsondunn.com

*Attorneys for Tatung Company of America, Inc.*

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND
SCHEDULING – 3:11-cv-00058 (Master File No. 07-md-1827)
-8-

29040-0244/LEGAL20269499.1

1  WHITE & CASE LLP

2

3  By: /s/ John H. Chung
John H. Chung

4  John H. Chung (pro hac vice)
1155 Avenue of the Americas
5  New York, NY 10036
Tel: (212) 819-8200
6  Fax: (212) 354-8113
jchung@whitecase.com

7

8  Christopher M. Curran (pro hac vice)
Kristen J. McAhren (pro hac vice)
701 Thirteenth Street, NW
9  Washington, DC 20005
Tel: (202) 626-3600
10 Fax: (202) 639-9355
ccurran@whitecase.com
11 kmcahren@whitecase.com

12 *Attorneys for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc.,*
13 *Toshiba Mobile Display Co., Ltd., and Toshiba America Information Systems, Inc.*

14

15 The filer of this document attests that the concurrence of the other signatories has been obtained.

16 **II. ORDER**

17   IT IS SO ORDERED.

18   DATED this __12th__ day of __May__, __2011__.

19

20

21   _____
Hon. SUSAN ILLSTON

22

23

24

25

26

27

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND
SCHEDULING – 3:11-cv-00058 (Master File No. 07-md-1827)

-9-

29040-0244/LEGAL20269499.1