| | |
|---|---|
| 1 | MELVIN R. GOLDMAN (CA SBN 34097) |
| | MGoldman@mofo.com |
| 2 | STEPHEN P. FRECCERO (CA SBN 131093) |
| | SFreccero@mofo.com |
| 3 | DEREK F. FORAN (CA SBN 224569) |
| | DForan@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California  94105-2482 |
| | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |
| 7 | Attorneys for Defendants |
| | EPSON IMAGING DEVICES CORPORATION AND |
| 8 | EPSON ELECTRONICS AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COSTCO WHOLESALE CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AU OPTRONICS CORP., et al.,<br><br>　　　　Defendants. | Master File No.3:07-md-1827-SI<br><br>Case No.   3:11-cv-0058-SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT** |

1     The undersigned counsel hereby respectfully request an extension of the deadline for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc. (collectively, the "Epson Defendants"), to respond to the Amended Complaint filed by Plaintiff Costco Wholesale Corporation on September 29, 2011, in the above-captioned litigation (the "Amended Complaint").

    WHEREAS the Epson Defendants, jointly with other Defendants in this action, filed a motion to compel arbitration on July 25, 2011;

    WHEREAS the Court entered an order granting in part and denying in part Defendants' joint motion to compel arbitration on August 29, 2011;

    WHEREAS the Epson Defendants' deadline to answer the Amended Complaint is October 17, 2011;

    WHEREAS the parties desire additional time to evaluate the applicability of the August 29, 2011 order on Plaintiff's claims against the Epson Defendants; and

    WHEREAS extending the time for the Epson Defendants to answer the Amended Complaint would not alter the date of any other event or deadline already fixed by the Court;.

    THEREFORE, Plaintiff Costco Wholesale Corporation and the Epson Defendants, by their respective counsel, stipulate and agree as follows:

    The Epson Defendants will have until October 31, 2011 to answer the Amended Complaint.

//
//
//
//
//
//
//
//
//

| | | |
|---|---|---|
| 1 | Dated: October 13, 2011 | Respectfully submitted, |
| 2 | | MORRISON & FOERSTER LLP |
| 3 | | By:  /s/ Stephen P. Freccero |
| | | STEPHEN P. FRECCERO |

Melvin R. Goldman
Stephen P. Freccero
Derek F. Foran
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

*Attorneys for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.*

PERKINS COIE LLP

By:  /s/ David J. Burman
　　　DAVID J. BURMAN

David J. Burman
Cori G. Moore
Troy P. Sauro
Euphemia N. Thomopulos
Noah G. Purcell
Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111

*Attorneys for Plaintiff Costco Wholesale Corporation*

STIP. AND [PROPOSED] ORDER RE TIME TO RESPOND TO AMENDED COMPLAINT
3:11-cv-0058-SI
sf-3058373

3

1

2 **Order**

3 Having considered the foregoing stipulation, and for good cause appearing,

4 IT IS SO ORDERED.

5

6 Dated: ___10/14_____, 2011          _____

7                                          The Honorable Susan Illston
                                         United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. AND [PROPOSED] ORDER RE TIME TO RESPOND TO AMENDED COMPLAINT
3:11-cv-0058-SI
sf-3058373

4